**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| | * | **Civ. No.: MJM-25-4212** |
| **v.** | * | |
| **ROBERT F. KENNEDY, JR., *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * 

## ORDER

For the reasons stated on the record during the motions hearing on August 19, 2026, it is this 19th day of August, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF No. 32) is DENIED;
2. Plaintiffs' Motion for Summary Judgment (ECF No. 21) is DENIED;
3. Defendants' alternative Motion for Summary Judgment (ECF No. 32) is GRANTED;
4. Summary judgment is ENTERED in favor of Defendants; and
5. The Clerk of the Court SHALL CLOSE this case.

/S/
Matthew J. Maddox
United States District Judge